IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  06-rj-00022-MJW

COMCAST OF ILLINOIS X, CITY LLC FKA AT&T BROADBAND OF NEWYORK,

Plaintiff/Judgment Creditor,

v.

KIM ABBOUD,

Defendant/Judgment Debtor.

MINUTE ORDER

     It is hereby ORDERED that the Pro Se Defendant Judgment Debtor's Request [motion] for Extension of Time is MOOT and therefore DENIED.  The original writ of Continuing Garnishment (docket no. 2) was not properly issued by the Clerk of the Court, due to an oversight by Plaintiff's counsel.

     It is FURTHER ORDERED that the Plaintiff Judgment Creditor's Motion for Clerk's Entry of Writ of Continuing Garnishment (docket no. 12), filed on September 27, 2006, is GRANTED and the Clerk shall enter such Writ.

Date:  September 28, 2006