IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  06-rj-00022-MJW

COMCAST OF ILLINOIS X, CITY LLC FKA AT&T BROADBAND OF NEW YORK,

Plaintiff/Judgment Creditor,

v.

KIM ABBOUD,

Defendant/Judgment Debtor.

MINUTE ORDER

    It is hereby ORDERED that until further order of this court, the Clerk of the Court shall file under seal the Interrogatories to Judgment Debtor submitted by Thomas Abboud and Kim Abboud.

Date: April 3, 2007