IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Magistrate Judge Michael J. Watanabe

Civil Action No. 06-rj-00022-MJW

COMCAST OF ILLINOIS X, LLC,

    Plaintiff/Judgment Creditor,

v.

TOM ABBOUD,

    Defendant/Judgment Debtor

E*TRADE FINANCIAL,

    Garnishee

---

ORDER ( Docket No. 25 )

---

**THIS MATTER** comes before the Court on Plaintiff's Motion to Dissolve Writ of Garnishment Against E*Trade Financial (D.E. 25), the Court being fully advised in the premises, no objections having been filed, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Dissolve Writ of Garnishment Against E*Trade Financial is hereby **GRANTED** and there is no just reason to delay enforcement or appeal from this order.

**DONE AND ORDERED** in chambers this 9th day of July, 2007.

MICHAEL J. WATANABE
United States Magistrate Judge