IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Magistrate Judge Michael J. Watanabe

Civil Action No. 06-rj-00022-MJW

COMCAST OF ILLINOIS X, LLC,

    Plaintiff/Judgment Creditor,

v.

KIM ABBOUD,

    Defendant/Judgment Debtor

QWEST COMMUNICATIONS,

    Garnishee

---

ORDER
(Docket No. 26)

---

**THIS MATTER** comes before the Court on Plaintiff's Motion to Dissolve Writ of Garnishment Against Qwest (D.E. 26), the Court being fully advised in the premises, no objections having been filed, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Dissolve Writ of Garnishment Against Qwest is hereby **GRANTED** and there is no just reason to delay enforcement or appeal from this order.

**DONE AND ORDERED** in chambers this 9th day of July, 2007.

_____
MICHAEL J. WATANABE
**United States Magistrate Judge**